UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KING GEORGE MURRAY, III**<br>    **LA. DOC #348422** | **CIVIL ACTION NO. 12-2606**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STATE OF LOUISIANA** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 5] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections [Doc. Nos. 6, 9, & 13] to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA,** this 12th day of April, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

**KING GEORGE MURRAY, III**      **CIVIL ACTION NO. 12-2606**
    **LA. DOC #348422**

**VERSUS**      **SECTION P**

     **JUDGE ROBERT G. JAMES**

**STATE OF LOUISIANA**      **MAGISTRATE JUDGE KAREN L. HAYES**

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

A certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

**MONROE, LOUISIANA,** on this 12th day of April, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE